# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Crye Precision LLC

                              Plaintiff,

v.                                                                                       Case No.: 1:24−cv−07524

                                                                                     Honorable Jeremy C. Daniel

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 22, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: The plaintiff's motion for jurisdictional discovery as to defendants Shijiazhuang Tianquan Textiles Co., Ltd. and Weifang Jinda Textiles Co., Ltd. [46] is granted. Each defendant has filed a motion to dismiss for lack of jurisdiction, each with supporting declarations. The plaintiff does not have to take the defendants' declarations at face value. Instead, the plaintiff may conduct limited discovery concerning the defendants' sales in Illinois and in the United States. The plaintiff may issue limited document requests and interrogatories concerning the defendants' sales, and may take a Rule 30(b)(6) deposition concerning personal jurisdiction, which is not to exceed two hours. The plaintiff shall issue their discovery requests on or before October 29, 2024; defendants Shijiazhuang Tianquan Textiles Co., Ltd. and Weifang Jinda Textiles Co., Ltd. each shall respond on or before November 12, 2024. The Court strikes the current briefing schedules for the defendants' motions [43 and 45]. The plaintiff's response to each defendant's brief is now due on or before November 26, 2024; any replies are due on or before December 10, 2024. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.