# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Crye Precision LLC

                        Plaintiff,

v.

Case No.: 1:24−cv−07524

Honorable Jeremy C. Daniel

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 25, 2024:

    MINUTE entry before the Honorable Jeremy C. Daniel: The parties have notified the Court that they have reached an agreement as to Defendants' Shijiazhuang Tianquan Textiles Co., Ltd. and Weifang Jinda Textiles Co., Ltd. Accordingly, Defendants' Motions to Dismiss [39, 42] are moot. The Court suspends all deadlines associated with Defendants Shijiazhuang Tianquan Textiles Co., Ltd. and Weifang Jinda Textiles Co., Ltd. The status hearing set for 11/26/2024 is stricken. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.